IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| JUSTIN BROWNING, et al., | ) Case No. 3:15-cv-02687-JGC |
| Plaintiffs, | ) Hon. James G. Carr |
| v. | ) |
| UNIVERSITY OF FINDLAY, et al., | ) |
| Defendants. | ) |

### JOINT STIPULATION REGARDING ADMINISTERING OATHS

Pursuant to Rules 28 and 29 of the Federal Rules of Civil Procedure, the Parties, through their counsel, stipulate that any court reporter employed by Spectrum Reporting LLC, 333 Stewart Avenue, Columbus, Ohio 43206, is authorized for purposes of this case to administer oaths to deponents whose testimony is being taken via videoconference.

SO ORDERED THIS __17th__ DAY OF January 2018.

/s/James G. Carr
JUDGE JAMES G. CARR

**HAVE SEEN AND AGREED:**

*/s/ Michael R. Traven (per email authorization 1/16/18)*
Michael R. Traven (0081158)
Robert B. Graziano (0051855)
Anthony J. Calamunci (0063937)
*Counsel for Plaintiffs*

*/s/Edwin J. Hollern (per email authorization 1/16/18)*
Edwin J. Hollern (0040534)
*Counsel for Justin Browning, Counterclaim Defendant*

*/s/ Belinda S. Barnes (per email authorization 1/16/18)*
Belinda S. Barnes (0038539)
*Counsel for Alphonso Baity, II, Counterclaim Defendant*

| | |
|---|---|
| /s/Colleen M. Blandford<br>K. Roger Schoeni (0004812)<br>Colleen M. Blandford (0061877)<br>Michelle A. Cheek (0086476)<br><br>Gerald R. Kowalski (0022323)<br>Sarah K. Skow (0081468)<br>Lisa E. Pizza (0022881)<br><br>*Counsel for Defendants University of Findlay, David W. Emsweller, Brandi Laurita, Matthew Bruskotter, Rachel Walter, Ken Walerius, and Breanna Ervin Miller* | /s/John F. McLaughlin *(per email authorization 1/15/18)*<br>John F. McLaughlin (0052021)<br>*Counsel for Intervenor State Farm Fire and Casualty Company* |
| /s/Donald E. Theis *(per email authorization 1/16/18)*<br>Donald E. Theis (0021607)<br>*Counsel for Defendant/Counterclaimant M.K.* | /s/Konrad Kircher *(per email authorization 1/16/18)*<br>Konrad Kircher (0059249)<br>*Counsel for Counterclaim Plaintiff M.K.* |