IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| **JUSTIN BROWNING,** *et al.,* | : | Case No. 3:15-cv-02687-JGC |
| | : | |
| Plaintiffs, | : | Judge James G. Carr |
| | : | |
| vs. | : | STATUS REPORT OF DEFENDANTS |
| | : | UNIVERSITY OF FINDLAY, DAVID |
| **UNIVERSITY OF FINDLAY,** *et al.,* | : | EMSWELLER, BRANDI LAURITA, |
| | : | MATTHEW BRUSKOTTER, RACHEL |
| Defendants. | : | WALTER, KEN WALERIUS, AND |
| | : | BREANNA ERVIN MILLER |

COME NOW Defendants, the University of Findlay, David W. Emsweller, Brandi Laurita, Matthew Bruskotter, Rachel Walter, Ken Walerius and Breanna Ervin Miller, and submit this status report to the Court regarding its bifurcation proposal.

The University Defendants appreciate the Court's proposal to bifurcate this matter and set it for trial initially only on the issue as to whether the interactions at issue were or were not consensual. Counsel for the University Defendants have spoken at length regarding this proposal with Plaintiffs' counsel, and have also communicated with counsel for M.K. about it.

In considering this proposal, the University Defendants have more questions. For example, how many trials does the Court anticipate having in this matter – just the consent issue and then all other issues, or several mini-trials on several of the issues? Does the Court anticipate the same jury hearing all of these trials or multiple juries being involved? How much time does the Court anticipate might there be between the proposed trials? Also, would all of the parties be involved in all of the trials or would only some of the parties be involved in some of the trials?

This suit has 9 individual parties, and the University is also a party. Almost 40 depositions have been taken to date – the 9 individual parties, 5 individuals who were at the

house where the sex occurred, 12 other students and one non-student who had information about the night, 4 parents of Plaintiffs, 4 other employees of the University, and 3 other individuals. Plaintiffs have identified 10 experts, and one expert has been identified by Counterclaim Plaintiff M.K.  The University Defendants have not yet identified their experts, but anticipate that if they participate in the consent trial, they would potentially call experts in response to some experts identified by Plaintiffs.  At least part of the expert process would then need to be completed before the first trial.  Given the number of individuals involved, it is difficult to envision how a trial even on the limited issue of consent could be done in two to three days, as it seems more likely it might take two weeks or more to try even that limited issue.   Moreover, the testimony of many of the fact witnesses and expert witnesses herein touch on multiple issues in this case, and thus such witnesses would likely need to testify both in the consent trial and in other trials, possibly creating some redundancy and/or duplication of effort.

      The University Defendants are in favor of trying to find a way to make the case more manageable, and move this matter forward.  However, without additional information, it is difficult to determine whether bifurcating this consent issue would be a feasible way to do this. We look forward to further discussing this issue with the Court and counsel soon.

  Respectfully submitted,

KOHNEN & PATTON, LLP
/s/ Colleen M. Blandford
K. Roger Schoeni (0004812)
Colleen M. Blandford (0061877)
Michelle A. Cheek (0086476)
201 East Fifth Street
PNC Center, Suite 800
Cincinnati, OH  45202
Phone:  (513) 381-0656/Fax: (513) 381-5823
rschoeni@kplaw.com
cblandford@kplaw.com
mcheek@kplaw.com
Attorneys for Defendants University of Findlay, et al.

SPENGLER NATHANSON P.L.L.
/s/ Gerald R. Kowalski
Gerald R. Kowalski (0022323)
Lisa E. Pizza (0022881)
Sarah K. Skow (0081468)
900 Adams St.
Toledo, OH 43604-5505
Phone: (419) 252-6239/Fax: (419) 241-8599
gkowalski@snlaw.com
lpizza@snlaw.com
sskow@snlaw.com
Attorneys for Defendants University of Findlay, et al.

## CERTIFICATE OF SERVICE

I hereby certify that a true and accurate copy of the foregoing has been served electronically via the Court's ECF system this 17th day of September 2018, upon:

Anthony J. Calamunci, Esq.
FisherBroyles, LLP
6800 West Central Ave., Unit E
Toledo, OH 43617

Robert B. Graziano, Esq.
Michael R. Traven, Esq.
FisherBroyles, LLP
P.O. Box 516
Columbus, OH 43216

Attorneys for Plaintiffs Justin Browning and Alphonso Baity, II

Konrad Kircher, Esq.
Rittgers & Rittgers
12 E. Warren Street
Lebanon, OH 45036
Attorney for Counterclaim Plaintiff M.K.

Belinda S. Barnes, Esq.
Gallagher, Gams, Pryor, Tallan & Littrell L.L.P.
471 East Broad Street, 19th Floor
Columbus, OH 43215-3872
Attorney for Counterclaim Defendant
Alphonso Baity, II

Donald E. Theis, Esq.
Theis Law Office
1000 PNC Bank Building
405 Madison Ave.
Toledo, OH 43604
Attorney for Defendant M.K.

Edwin J. Hollern, Esq.
Hollern & Associates
77 North State Street
Westerville, OH 43081
Attorney for Counterclaim Defendant Justin Browning

John F. McLaughlin, Esq.
Rendigs, Fry, Kiely & Dennis, LLP
600 Vine Street, Suite 2650
Cincinnati, OH 45202-2474
Attorney for Intervening Plaintiff State Farm Fire & Casualty Company

Courtney A. Krause, Esq.
Garan Lucow Miller PC
111 W. Long Lake Road, Suite 300
Troy, MI 48098
Counsel for Allstate

/s/ Colleen M. Blandford
Colleen M. Blandford