## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OHIO
## WESTERN DIVISION

Justin Browning, *et al*,

      Plaintiffs,                                             Case No. 3:15-cv-2687

                                                              Hon. James G. Carr

v.                                                    **ORDER GRANTING ALLSTATE INDEMNITY COMPANY AND ALLSTATE INSURANCE COMPANY'S MOTION TO FILE MOTION FOR SUMMARY JUDGMENT UNDER SEAL**

University of Findlay Board
Of Trustees, et al.,

      Defendants.

IT IS HEREBY ORDERED AND ADJUDGED that Allstate Indemnity Company and Allstate Insurance Company's Motion to File Under Seal their Motion for Summary Judgment, including the Deposition Transcript of M.K., is GRANTED. Allstate Indemnity Company and Allstate Insurance Company may file their Motion for Summary Judgment and the deposition transcript of M.K. under seal pursuant to Local Rule 5.2.

                                                  /s/ James G. Carr
                                                  _____
                                                  Judge James G. Carr
                                                  U.S. District Court, Northern District of Ohio

Copies to:
All counsel of record