**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION**

Justin Browning, et al.,　　　　　　　　　　　　　　Case No. 3:15CV2687

　　　　　　Plaintiffs

　　　　v.　　　　　　　　　　　　　　　　　**AMENDED JUDGMENT ENTRY**

University of Findlay, et al.,

　　　　　　Defendants

In accordance with the order filed contemporaneously with this judgment entry, it is hereby ORDERED THAT:

1. State Farm Fire and Casualty Company's motion for summary judgment (Doc. 68) be, and the same hereby is, granted;

2. State Farm Fire and Casualty Company has no duty to defend or indemnify Alphonso Baity II against any of the claims asserted against him by counterclaimant M.K.; and

3. There being no just reason for delay, this order is a final and appealable order under Fed. R. Civ. P. 54(b).

So ordered.

　　　　　　　　　　　　　　　　　　　　　/s/ James G. Carr
　　　　　　　　　　　　　　　　　　　　　Sr. U.S. District Judge