It is so ordered.

s/James G. Carr
Sr. United States District Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| JUSTIN BROWNING, et al., | : | Case No. 3:15-cv-02687-JGC |
| | : | |
| Plaintiffs, | : | Judge James G. Carr |
| | : | |
| vs. | : | STIPULATION OF DISMISSAL WITH |
| | : | PREJUDICE |
| UNIVERSITY OF FINDLAY, et al., | : | |
| | : | |
| Defendants. | : | |

COME NOW Plaintiffs/Counterclaim Defendants, Justin Browning and Alphonso Baity, II (collectively, "Plaintiffs"), and Defendant/Counterclaim Plaintiff, M.K., by and through counsel, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), and hereby stipulate that all claims asserted in the within matter by Plaintiffs against M.K., and all claims asserted in the within matter by M.K. against Plaintiffs, shall be and hereby are dismissed with prejudice. The Court hereby retains jurisdiction to enforce the Confidential Agreements reached between Plaintiffs and M.K.

Respectfully submitted,                    Respectfully submitted,

*/s/ Robert B. Graziano*                    */s/ Donald E. Theis (per e-mail auth. 4/1/19)*
ROBERT B. GRAZIANO (0051855)               Donald E. Theis (0021607)
robert.graziano@fisherbroyles.com          Theis Law Office
MICHAEL R. TRAVEN (0081158)                1000 PNC Bank Building
michael.traven@fisherbroyles.com           405 Madison Ave.
FISHERBROYLES, LLP                         Toledo, OH 43604
P.O. Box 516                               Telephone: 419-242-1400
Columbus, OH  43216                        Fax: 419-246-5764
Telephone:  614.721.5573                   *Attorney for Defendant M.K.*
Facsimile:  614.573.7447

*Attorneys for Plaintiffs*

*/s/ Konrad Kircher (per e-mail auth. 4/1/19)*
Konrad Kircher (0059249)
Rittgers & Rittgers
12 E. Warren Street
Lebanon, OH 45036
Telephone: 513-932-2115
*Attorney for Counterclaim Plaintiff M.K.*

2